# United States Court of Appeals

## For the First Circuit

No. 15-1460

UNITED STATES OF AMERICA,

Appellee,

v.

KEVIN LEE ROSS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 14, 2016, is amended as follows:

On p. 7, footnote 2, replace it with the following:

> Ross contends that four videos were played and suggests that the two longest videos, with lengths of ten and sixteen minutes, respectively, were played in their entirety. As the Government asserts, however, the record indicates that one of these videos (Exhibit 45) was not played for the jury, and that the other (Exhibit 46) was played for only a minute. The record is less clear as to whether the remaining videos, Exhibits 43 and 48, were played in full. (Indeed, there is no indication that Exhibit 48 was played at all, although the Government concedes that it was.). In any case, these videos were only thirty-nine seconds and one minute and forty-three seconds in length, respectively. While we acknowledge that the record could be clearer as to how long these videos were played, the outcome of this dispute would not change our analysis.